UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLTON KNOWLES, on behalf of
himself and all others similarly situated,

                        Plaintiff,

          v.

FACTORY ENOVA, LLC,

                    Defendant.

25-CV-7535 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than April 10, 2026, the Parties shall submit a joint letter in which they (1) certify that they met-and-conferred, as required by the Court's September 15, 2026 Order, and (2) request that the Court either (a) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (b) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    March 27, 2026
          New York, New York

Ronnie Abrams
United States District Judge